[No. 56465-0-I.   Division One.   February 20, 2007.]

*In the Matter of the Detention of* SAMMY WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-26908-3, Richard A. Jones, J., entered June 20, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Cox, JJ. Now published at 138 Wn. App. 582.

[No. 56561-3-I.   Division One.   February 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER TWIGG, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02831-5, Eric Z. Lucas, J., entered June 29, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Becker, JJ.

[No. 56761-6-I.   Division One.   February 20, 2007.]

NCF FINANCIAL, INC., *Appellant*, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-41520-1, Michael J. Fox, J., entered July 22, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Becker and Ellington, JJ.

[No. 56764-1-I.   Division One.   February 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL H. SITHISACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-05885-2, Christopher A. Washington, J., entered August 15, 2005. *Affirmed* by unpublished per curiam opinion.